*Jonathan Silver*

*Attorney at Law*

—

*of Counsel*
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

January 13, 2021

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Ramsarran Seecharan
20 CV 3898

Dear Judge Kuntz:

I am writing as the attorney for the plaintiff in the above entitled action to advise the Court, on behalf of the parties, that we have resolved the case as a result of the excellent assistance and guidance provided to us by mediator, Andrew A. Kimler Esq. As part of the EDNY mediation program.

The plaintiff will shortly be filing an application to obtain Court approval of the settlement as needed.

Respectfully submitted,

JONATHAN SILVER

JS/eb