UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RAMSARAN SEECHARAN,                    :
                                       :
                    Plaintiff,         :
                                       :
            v.                         :        **ORDER**
                                       :        20-CV-3898 (WFK) (LB)
HERITAGE PLACE LLC,                    :
                                       :
                    Defendant.         :
-----------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 15, 2021, the Honorable Magistrate Judge Lois Bloom filed a Report and

Recommendation ("R&R") recommending this Court grant the parties' motion for settlement

approval. ECF No. 14. Objections to the R&R were due by March 29, 2021, and to date, no

objection has been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28

U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and

recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y.

2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the

R&R in its entirety.

                              **SO ORDERED.**


                              _____
                                      s/ WFK
Dated: April 7, 2021          HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York     UNITED STATES DISTRICT JUDGE